AVENUE B & EAST 14TH CORP. v. HANSCOM BAKING CORPORATION et al.—

Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 780.]

In the Matter of ZLOTA BACZKOWSKA, Respondent, against 2166 OPERATING CORP. et al., Appellants.—

Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 775.]

NORTH AMERICAN FACTORS CORP. v. MOTTY EITINGON, INC., et al.—

Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 719.]

(February 28, 1952.)

HERBERT ROBERTS, Appellant, v. VOGUE FOUNDATIONS, INC., Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ. [See *post,* p. 906.]

SECOND DEPARTMENT, February, 1952.

(February 4, 1952.)

In the Matter of the Application of ARTHUR M. GREENE, Also Known as ARTHUR GREENE, for Admission to the Bar.—

Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

STATEN ISLAND HOSPITAL, Appellant, v. MARJORIE NEWCOMBE, Respondent.

Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ.